*Steven Updike vs. American Honda Motor Company, Inc.*

## INDEX OF EXHIBITS

A.     Civil Cover Sheet

B.     Supplemental Civil Cover Sheet

C.     Notice of Filing Notice of Removal

D.     Documents file with State Court

E.     Certificate Pursuant to Local Rule 3.6(b)

# EXHIBIT A

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff**(s): Steven Updike

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

Jorge Franco Jr.
Jennings, Haug & Cunningham, L.L.P.
2800 N. Central Avenue, Suite 1800
Phoenix, Arizona  85004-7800
602-234-7800

**Defendant**(s): American Honda Motor Co., Inc.

County of Residence: Outside the State of Arizona

Defendant's Atty(s):

Paul G. Cereghini
Bowman and Brooke LLP
2901 North Central Avenue, Suite 1600
Phoenix, Arizona  85012-2736
602-643-2300

William F. Auther
Bowman and Brooke LLP
2901 North Central Avenue, Suite 1600
Phoenix, Arizona  85012-2736
602-643-2300

Lundmark T. David
Bowman and Brooke.LLP
2901 North Central Avenue, Suite 1600
Phoenix, Arizona  85012-2736
602-643-2300

---

<u>II. Basis of Jurisdiction</u>:     4. Diversity (complete item III)

<u>III. Citizenship of Principal Parties</u> **(Diversity Cases Only)**

       Plaintiff:- 1 Citizen of This State
      Defendant:- 2 Citizen of Another State

<u>IV. Origin</u> :     2. Removed From State Court

| | |
|---|---|
| V. Nature of Suit: | **365 Personal Injury - Product Liability** |
| VI. Cause of Action: | **28 U.S.C. §§ 1332(a) and 1441(b). This action is removable to federal district court pursuant to 28 U.S.C. § 1332(a) and § 1441(b) because it is a civil action where the matter in controversy exceeds $75,000, exclusive of interest and costs, and it is between a citizen of Arizona and a citizen of a different state.** |

VII. Requested in Complaint

    Class Action: **No**
    Dollar Demand:
    Jury Demand: **Yes**

VIII. This case **is not related** to another case.

---

**Signature:** Paul G. Cereghini

    **Date:** 8/9/2021

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**

# EXHIBIT B

# EXHIBIT B

# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

**1. Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Steven Updike | Plaintiff | Jorge Franco Jr.<br>Jennings, Haug & Cunningham, L.L.P.<br>2800 N. Central Avenue, Suite 1800<br>Phoenix, Arizona 85004-7800<br>(602) 234-7800 |
| American Honda Motor Co., Inc. | Defendant | Paul G. Cereghini<br>William F. Auther<br>David T. Lundmark<br>Bowman and Brooke LLP<br>2901 North Central Avenue, Suite 1600<br>Phoenix, AZ 85012<br>(602) 643-2300 |
|  |  |  |

**2. Jury Demand:**
Was a Jury Demand made in another jurisdiction?   Yes ●   No ○
If "Yes," by which party and on what date?
Plaintiff                                                                        04/30/2021

**3. Answer:**
Was an Answer made in another jurisdiction?   Yes ○   No ●
If "Yes," by which party and on what date?

Supp CV Cover Sheet (rev 8/20/2015)

**4.    Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| American Honda Motor Co., Inc. | 7/21/2021 | Process Server |
|  |  |  |
|  |  |  |

**5.    Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| N/A |  |
|  |  |
|  |  |

**6.    Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| N/A |  |
|  |  |
|  |  |

**7.    Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Steven Updike | Negligence, Strict Product Liability, Breach of Warranties |
|  |  |
|  |  |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**